IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY THOMASSON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1357

Opinion filed May 2, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Anthony Thomasson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of habeas corpus is dismissed. See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

    The court reserves jurisdiction to consider the imposition of sanctions.

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.